JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ASHOK KUMAR,

Petitioner,

v.

FERETI SEMAIA *et al.*,

Respondents.

Case No. 5:26-cv-00775-FWS-MAR

**JUDGMENT OF DISMISSAL**

Pursuant to the Order Rejecting the Report and Recommendation of the Magistrate Judge and Dismissing Petition (the "Order"), **IT IS ORDERED AND ADJUDGED** that the Petition is **DISMISSED WITHOUT PREJUDICE** (but without leave to amend). The Order constitutes final disposition of the Petition by the court.

Dated: August 26, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE